IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § No. 5:13-CR 18 |
| | § JUDGES SCHNEIDER/CRAVEN |
| JARED LEE HAZELWOOD | § |

## FACTUAL RESUME

Investigation by the Department of Homeland Security, Homeland Security Investigations (HSI) and Texarkana Texas Police disclosed the following facts that establish that I, the Defendant, **Jared Lee Hazelwood**, committed the conduct described in Count 1 of the information, which charges a violation of 18 U.S.C. § 2251(a) and (e), production of material involving the sexual exploitation of minors. I agree that the following factual basis is true and correct:

1. On or about September 13, 2012, in Bowie County, Eastern District of Texas, I persuaded a teenage boy, whom I knew to be 15 years old, to allow me to place his sexual organ in my mouth for me to perform oral sex on him while I covertly recorded the sex act via my laptop computer's built-in video camera, commonly known as a "webcam." Prior to the sexual act, the teenage boy and I ingested marijuana, which I provided for both of us. I performed oral sex on the teenage boy for the purpose of producing a visual depiction of the conduct. My laptop and its hard drive used to store the images were manufactured outside of the United States and had been shipped or transported in interstate or foreign commerce by any means before coming into my possession in the Eastern District of Texas.

Factual Resume - 1

2.      I acknowledge that these acts constitute a violation of 18 U.S.C. § 2251(a) and (e), production of material involving the sexual exploitation of minors. I hereby stipulate that the facts described above are true and correct and I accept them as the uncontroverted facts of this case.

Dated: 12-18-13

_____
Jared Lee Hazelwood
Defendant

### Defendant's counsel's signature and acknowledgment:

I have read this Factual Resume and the Plea Agreement in this matter and have reviewed them with my client, Jared Lee Hazelwood. Based upon my discussions with my client, I am satisfied that he understands the terms and effects of the Factual Resume and the Plea Agreement and that he is signing this Factual Resume voluntarily.

Dated: 12-18-13

_____
John Stroud
Attorney for Defendant